IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AASIM NASH** : | |
|    *Plaintiff* : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 20-CV-5457** |
| : | |
| **PHILA COMMON PLEAS COURT,** : | |
| *et al.*, : | |
|    *Defendants* : | |

**O R D E R**

**AND NOW**, this 25th day of November, 2020, upon consideration of Plaintiff Aasim Nash's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1) it is hereby **ORDERED** that:

   1.   Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

   2.   The Complaint is **DEEMED** filed.

   3.   The Complaint is **DISMISSED, with prejudice,** as legally baseless for the reasons set forth in the Court's Memorandum.

   4.   The Clerk of Court is directed to mark this matter **CLOSED**.

                             **BY THE COURT:**

                             */s/ Nitza I. Quiñones Alejandro*
                             **NITZA I. QUIÑONES ALEJANDRO**
                             *Judge, United States District Court*